# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AIG FINANCIAL PRODUCTS CORP.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 22-11309 (MFW) |
| AIG FINANCIAL PRODUCTS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>LEE ARTHURS; DAVID ACKERT; MITCHELL BELL; ERIK BENGTSON; PAUL BRADSHAW; THOMAS BUTTKE; JOHN CAPPETTA; DAVID CHANG; ROBERT CHANG; JASON DESANTIS; RICHARD FABBRO; KENNETH FARRAR; JONATHAN FRAADE; CARL GIESLER JR.; JAMES HAAS; CHARLES HSIEH; THOMAS KALB; THOMAS KUSHNER; ROBERT LEARY; JONATHAN LIEBERGALL; NATHANIEL LITWAK; BRENDAN LYNCH; ALFRED MEDIOLI; MATTHEW MIHALY; JOANN PALAZZO; EUGENE PARK; ANDREW PARTNER; CARL PETERSON; STEVEN PIKE; THOMAS PLAGEMANN; ROBERT POWELL; DANIEL RAAB; ANN REED; PAUL SCHREINER; DMITRY SATANOVSKY; MARY HEATHER SINGER; KEITH STEIN; FRANK STROHM; TIMOTHY SULLIVAN JR.; | Adv. Pro. No. 23-_____ (___) |

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is: AIG Financial Products Corp. (9410). The Debtor's address is 50 Danbury Road, Wilton, Connecticut 06897.

```
CHRISTIAN TOFT; JOE TOM; RYAN        :
VETTER; STEVEN WAGAR; THOMAS         :
WARD; MARTIN WAYNE; JAMES WOLF.      :
                                     :
              Defendants.            :
-----------------------------------  x
```

**COMPLAINT FOR DECLARATORY RELIEF**

**FILED UNDER SEAL**

[*Signature page follows*]

30131335.1

| | |
|---|---|
| Dated:  February 17, 2023<br>          Wilmington, Delaware | Respectfully Submitted,<br><br>/s/ Kara Hammond Coyle<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  mnestor@ycst.com<br>           kcoyle@ycst.com<br><br>-and-<br><br>George A. Davis (admitted *pro hac vice*)<br>Keith A. Simon (admitted *pro hac vice*)<br>David Hammerman (admitted *pro hac vice*)<br>Annemarie V. Reilly (admitted *pro hac vice*)<br>Madeleine C. Parish (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email: george.davis@lw.com<br>           keith.simon@lw.com<br>           david.hammerman@lw.com<br>           annemarie.reilly@lw.com<br>           madeleine.parish@lw.com<br><br>*Counsel for Debtor and Debtor in Possession* |

30131335.1