LANDIS RATH & COBB LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

919 MARKET STREET, SUITE 1800
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Matthew B. McGuire
Direct Dial: 302.467.4416
Email: mcguire@lrclaw.com

Telephone: 302.467.4400
Facsimile: 302.467.4450

October 8, 2026

**<u>Via ECF</u>**

The Honorable Mary F. Walrath
United States Bankruptcy Judge
U.S. Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

**Re: *AIG Financial Products Corp. v. Arthurs*, Case No. 23-50110 (MFW)**

Dear Judge Walrath:

We write to inform the Court on the progress the parties have made to agree upon a case schedule for Phase II in the above-referenced matter. At the most recent hearing in this matter on September 24, 2026, the parties agreed to submit either an agreed schedule or competing schedules for the Court's consideration no later than October 8, 2026. The parties have exchanged proposed schedules and met and conferred on this issue two times, most recently on October 7, 2026. The parties believe that additional conferral may potentially result in an agreed schedule or significantly narrow the issues to be decided by the Court. Accordingly, the parties mutually request one additional week, through October 15, 2026, to submit an agreed schedule or competing schedules.

If helpful, the parties are available at the Court's convenience to discuss the proposal for a one-week extension.

[*Signatures follow*]

Dated: October 8, 2026

Respectfully submitted,

*/s/ Matthew B. McGuire*

**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 3466)
Elizabeth Rogers (No. 7335)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
landis@lrclaw.com
mcguire@lrclaw.com
erogers@lrclaw.com

-and-

**HURWITZ SAGARIN & SLOSSBERG LLC**
David A. Slossberg (*pro hac vice*)
135 Broad Street
Milford, Connecticut 06460
Telephone: (203) 877-8000
Facsimile: (203) 878-9800
DSlossberg@hss.law

**KOBRE & KIM LLP**
Stephen J. Astringer (No. 6375)
600 North King Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 518-6451
Facsimile: (302) 518-6461
Stephen.Astringer@kobrekim.com

-and-

Steven W. Perlstein (*pro hac vice*)
Daniel J. Saval (*pro hac vice*)
Zacharay Rosenbaum (*pro hac vice*)
George Stamatopoulos (*pro hac vice*)
Martine B. Forneret (*pro hac vice*)
Brandon C. Bias (*pro hac vice*)
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Facsimile: (212) 488-1220
Steven.Perlstein@kobrekim.com
Daniel.Saval@kobrekim.com
Zachary.Rosenbaum@kobrekim.com
George.Stamatopoulos@kobrekim.com
Martine.Forneret@kobrekim.com
Brandon.Bias@kobrekim.com

-and-

Michael Fasano (*pro hac vice*)
201 Biscayne Blvd #1900
Miami, FL 33131
Telephone: (305) 967-6100
Facsimile: (305) 967-6120
Michael.Fasano@kobrekim.com

*Counsel to the Employee Plaintiffs*

*/s/ Michael S. Neiburg*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
mnestor@ycst.com
kcoyle@ycst.com
mneiburg@ycst.com

-and-

**LATHAM AND WATKINS LLP**
Jamie L. Wine (*pro hac vice*)
Keith A. Simon (*pro hac vice*)
Christopher Harris (*pro hac vice*)
Elizabeth Marks (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
jamie.wine@lw.com
keith.simon@lw.com
christopher.harris@lw.com
betsy.marks@lw.com

-and-

Melissa Arbus Sherry (*pro hac vice*)
555 Eleventh Street, NW
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
melissa.sherry@lw.com

*Counsel to the Debtor*

*/s/ Robert J. Stearn, Jr.*

**RICHARDS, LAYTON & FINGER, P.A.**
Robert J. Stearn, Jr. (No. 2915)
Zachary I. Shapiro (No. 5103)
Zachary J. Javorsky (No. 7069)
Katherine R. Strauch (No. 7667)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
stearn@rlf.com
shapiro@rlf.com
javorsky@rlf.com
strauch@rlf.com

-and-

**DAVIS POLK & WARDWELL LLP**
Marshall S. Huebner (*pro hac vice*)
Adam L. Shpeen (*pro hac vice*)
Antonio J. Perez-Marques (*pro hac vice*)
Lara S. Buchwald (*pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
marshall.huebner@davispolk.com
adam.shpeen@davispolk.com

-and-

Kannon K. Shanmugam (*pro hac vice*)
Masha G. Hansford (*pro hac vice*)
1050 17th Street, N.W.
Washington, DC 20036
Telephone: (202) 962-7000
kshanmugam@davispolk.com
mhansford@davispolk.com

*Counsel to American International Group, Inc.*